| Fill in this information to identify the case: |
|---|
| Debtor 1: Sharonda Evette McCullom, aka Sharonda Evette Tye |
| Debtor 2 (Spouse, if filing): |
| United States Bankruptcy Court for the: Eastern District of Michigan |
| Case number: 19-40247-mlo |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of BKPL Lodge Series I Trust

**Court claim no.** (if known): 11-2

**Last 4 digits** of any number you use to identify the debtor's account: 0 4 1 8

**Date of payment change:** Must be at least 21 days after date of this notice — 08/01/2021

**New total payment:** Principal, interest, and escrow, if any — $ 648.43

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 242.65     New escrow payment: $ 301.11

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Sharonda Evette McCullom | Case number (if known) 19-40247-mlo |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 06/24/2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET  
EUREKA CA  95501

(800) 603-0836  
Para Español, Ext. 2660, 2643 o 2772  
8:00 a.m. - 5:00 p.m. Pacific Time  
Main Office NMLS #5985  
Branch Office NMLS #9785

SHARONDA E TYE  
15624 CHESTNUT AVE  
EASTPOINTE MI  48021

Analysis Date: June 21, 2021  Final  
Property Address: 15624 CHESTNUT AVENUE  EASTPOINTE, MI 48021  Loan

**Annual Escrow Account Disclosure Statement**  
**Account History**

This is a statement of actual activity in your escrow account from Dec 2020 to July 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 347.32 | 347.32 ** |
| Escrow Payment: | 242.65 | 301.11 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $589.97 | $648.43 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2021 |
| Escrow Balance: | 1,087.68 |
| Anticipated Pmts to Escrow: | 727.95 |
| Anticipated Pmts from Escrow (-): | 120.12 |
| Anticipated Escrow Balance: | $1,695.51 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 0.00 |
| Dec 2020 | | 288.91 | | | * Escrow Only Payment | 0.00 | 288.91 |
| Dec 2020 | | 485.30 | | | * | 0.00 | 774.21 |
| Dec 2020 | | | | 731.10 | * City/Town Tax | 0.00 | 43.11 |
| Feb 2021 | | 727.95 | | | * | 0.00 | 771.06 |
| Feb 2021 | | | | 170.89 | * Forced Place Insur | 0.00 | 600.17 |
| Mar 2021 | | | | 60.16 | * Forced Place Insur | 0.00 | 540.01 |
| Apr 2021 | | 485.30 | | | * | 0.00 | 1,025.31 |
| Apr 2021 | | | | 60.16 | * Forced Place Insur | 0.00 | 965.15 |
| May 2021 | | | | 60.06 | * Forced Place Insur | 0.00 | 905.09 |
| Jun 2021 | | 242.65 | | | * | 0.00 | 1,147.74 |
| Jun 2021 | | | | 60.06 | * Forced Place Insur | 0.00 | 1,087.68 |
| | | | | | Anticipated Transactions | 0.00 | 1,087.68 |
| Jun 2021 | | 485.30 | | 60.06 | Forced Place Insur | | 1,512.92 |
| Jul 2021 | | 242.65 | | 60.06 | Forced Place Insur | | 1,695.51 |
| | $0.00 | $2,958.06 | $0.00 | $1,262.55 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

19-40247-mlo    Doc 38    Filed 06/24/21    Entered 06/24/21 14:37:09    Page 3 of 7

Page 1

silent on this issue.

Analysis Date: June 21, 2021  Final
Borrower: SHARONDA E TYE  Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,695.51 | 1,966.29 |
| Aug 2021 | 278.54 | 60.06 | Forced Place Insur | 1,913.99 | 2,184.77 |
| Sep 2021 | 278.54 | 1,890.63 | City/Town Tax | 301.90 | 572.68 |
| Sep 2021 | | 60.06 | Forced Place Insur | 241.84 | 512.62 |
| Oct 2021 | 278.54 | 60.06 | Forced Place Insur | 460.32 | 731.10 |
| Nov 2021 | 278.54 | 60.06 | Forced Place Insur | 678.80 | 949.58 |
| Dec 2021 | 278.54 | 731.10 | City/Town Tax | 226.24 | 497.02 |
| Dec 2021 | | 60.06 | Forced Place Insur | 166.18 | 436.96 |
| Jan 2022 | 278.54 | 60.06 | Forced Place Insur | 384.66 | 655.44 |
| Feb 2022 | 278.54 | 60.06 | Forced Place Insur | 603.14 | 873.92 |
| Mar 2022 | 278.54 | 60.06 | Forced Place Insur | 821.62 | 1,092.40 |
| Apr 2022 | 278.54 | 60.06 | Forced Place Insur | 1,040.10 | 1,310.88 |
| May 2022 | 278.54 | 60.06 | Forced Place Insur | 1,258.58 | 1,529.36 |
| Jun 2022 | 278.54 | 60.06 | Forced Place Insur | 1,477.06 | 1,747.84 |
| Jul 2022 | 278.54 | 60.06 | Forced Place Insur | 1,695.54 | 1,966.32 |
| | $3,342.48 | $3,342.45 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 436.96. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 557.08 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,695.51. Your starting balance (escrow balance required) according to this analysis should be $1,966.29. This means you have a shortage of 270.78. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 3,342.45. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: June 21, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: SHARONDA E TYE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 278.54 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 22.57 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $301.11 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $625.86 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 19-40247-mlo |
| Sharonda Evette McCullom, aka Sharonda Evette Tye | Chapter 13 |
| Debtor | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on June 24, 2021 to the following:

Sharonda Evette McCullom, Debtor
15624 Chestnut Ave
Eastpointe, MI 48021

Morris B. Lefkowitz, Debtor's Counsel
pacerdocuments@gmail.com

Tammy L. Terry, Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor